**Order entered December 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01286-CV

### IN RE JAY COOPER, Relator

**Original Proceeding from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02636-2018**

## ORDER

In accordance with this Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the Honorable Ray Wheless, Presiding Judge of the First Administrative Judicial Region, to issue a written order within five (5) business days of the date of this order:

(1) vacating his order of October 23, 2018, denying permission under section 11.102, Texas Civil Practice and Remedies Code, to relator to file a petition for writ of mandamus in this Court, and

(2) granting permission under section 11.102, Texas Civil Practice and Remedies Code, to relator to file a petition for writ of mandamus in this Court to order the trial court to set the amount of a supersedeas bond required to stay the trial court's judgment of October 19, 2018.

We further **ORDER** Judge Wheless to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order. Should Judge Wheless fail to comply with this order, the writ will issue.

We further **ORDER** that this Court's October 26, 2018 stay shall remain in effect until further order of the Court.

/s/     ELIZABETH LANG-MIERS
        JUSTICE